CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Anthony Monroy**<br>DOB: 1999; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-01683MJ |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii). |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 18, 2025, in the District of Arizona, **Anthony Monroy**, did knowing or in reckless disregard of the fact that a certain alien had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said alien, in any manner whatsoever, regardless of any official action which may later be taken with respect to such alien, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section ' 1324(a)(2)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 18, 2025, in the District of Arizona (Douglas), at 11:29 p.m., **Anthony Monroy** driving a 2012 Volkswagen Passat, applied for admission through the Douglas Port of Entry in Douglas, Arizona. **Monroy** was instructed to go through the secondary inspection area where Customs and Border Protection Officers (CBPO) conducted a Z Portal scan of the vehicle. During the scan, CBPOs observed an anomaly in the trunk that appeared to be a person lying on their side. CBPOs asked **Monroy** to open the trunk, and he said he told them he was having issues with it. CBPOs conducted a physical inspection of the vehicle. CBPOs were initially unable to open the trunk. CBPOs entered the backseat and pulled down the cup holder and observed a person through a rip in the fabric. CBPOs were able to unlock the trunk after turning the car back on and discovered an adult female lying down inside the trunk. The adult female, later identified as Rosario Rendon Martinez, is a citizen of Mexico without the proper documentation to enter, pass through, or remain in the United States legally.

After waiving his *Miranda* rights, **Monroy** admitted that he knew the person in the trunk was illegally present in the United States. He was taking her to a house in Douglas, Arizona and he was going to be paid $1,500.00 USD. He drove to Agua Prieta, Sonora and was instructed to go to a car wash. Once at the carwash, they took his vehicle and told him they would wash and vacuum it. He admitted that when they said the car was ready, he knew that meant the person was inside the trunk. After leaving the car wash, he received a phone call and was advised that he could now go to the Port of Entry. He admitted that he had successfully smuggled another person a month prior and was paid $1,500.00 USD.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>*CBPO/E C. KAMINSKA*<br>OFFICIAL TITLE<br>U.S. Customs and Border Protection Officer |
|---|---|

Sworn by telephone _x_

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 19, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee